PS 8
(Rev. 2/2013)

# United States District Court
## For The
## District of North Dakota

### Petition for Action on Conditions of Pretrial Release

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Docket No.: 0868 4:13CR00066-11 |
| | ) | |
| Ashly June White | ) | |

COMES NOW, TERRY L. GUNVILLE, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Ashly June White who was placed under pretrial release supervision by the Honorable Charles S. Miller, Jr., Magistrate Judge , sitting in the Court at Bismarck, ND, on April 5, 2013, under the following conditions:

1. The defendant shall not commit any offense in violation of federal, state, tribal or local law while on release.

2. The defendant shall keep his attorney and the Office of Probation and Pretrial Services, advised of any change in the defendant's address or telephone number prior to any change.

3. The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear as notified.

4. The defendant's release is subject to the following additional conditions:

    1) Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.
    2) Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statue, unless prescribed by a licensed medical practitioner; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of Pretrial Services Officer to verify compliance. Failure to or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.
    3) Defendant shall not knowing or intentionally have any direct or indirect contact with co-defendants through any means, including social media, except that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.

PS 8
(Rev. 2/2013)
White, Ashly
0868 4:13CR00066-11

4) Defendant shall undergo a substance abuse and/or mental health evaluation if required by the Pretrial Services Officer and comply with resulting counseling or treatment recommendations.
5) Defendant is placed in the third party custody of her mother, who agree(s) (1) to supervise the defendant in accordance with all conditions of release, (2) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (3) to notify the Pretrial Services Officer immediately in the event the defendant violates any conditions of release or disappears.
6) Defendant shall reside with her mother and not change this residence without prior approval of the Pretrial Services Officer.
7) Defendant shall submit her person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.
8) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1) July 1, 2013, the defendant tested positive and admitted to the ingesting opiates. This is in violation of number six (6) of her conditions of release.
2) July 18, 2013, the defendant tested positive and admitted to ingesting "Hydro Pills" and Methamphetamine on Saturday, July 13, 2013. This is in violation of number six (6) of her conditions of release.
3) July 18, 2013, the defendant had in her possession concealed in her shoulder bag, two brass knuckles, two folding knives and a container of defense spray on her key chain. This is in violation of number 12 of her conditions of release.
4) June 22, 2013, the defendant was found with her co-defendant Guy Slates at his residence by Three Affiliated Tribal Police in rural New Town, ND. This is in violation of number seven (7) of her conditions of release.

PRAYING THAT THE COURT WILL ORDER: It is respectfully recommended a **warrant** be issued for Ms. Ashly White, so she can be brought before the Court to answer to the alleged violations of her release conditions.

PS 8
(Rev. 2/2013)
White, Ashly
0868 4:13CR00066-11

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

/s/ Terry L. Gunville                    07/19/2013
U.S. Pretrial Services Officer
Place: Minot, ND

## ORDER OF THE COURT

Considered and ordered this 19th day of J-ly, 2013, and ordered filed and made a part of the record in the above case. Warrant shall issue.

Charles S. Miller, Jr.
U.S. Magistrate Judge