IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASHLY JUNE WHITE,<br><br>　　　　Defendant. | Case No. 4:13-cr-066-11<br><br>MOTION TO DISMISS INDICTMENT |

　　Pursuant to Rule 48(a), F.R.Crim.P., the United States of America, by Timothy Q. Purdon, United States Attorney for the District of North Dakota, and Rick L. Volk, Assistant United States Attorney, hereby moves to dismiss the Indictment against Ashly June White, defendant, in the above matter for the following reason(s):  The Defendant is deceased.

　　The United States requests leave of court to file such dismissal.

　　Dated: September 29, 2014.

　　　　　　　　　　　　　　　　　　TIMOTHY Q. PURDON
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　By:　　*/s/ Rick L. Volk*
　　　　　　　　　　　　　　　　RICK L. VOLK
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　P. O. Box 699
　　　　　　　　　　　　　　　　Bismarck, ND  58502-0699
　　　　　　　　　　　　　　　　(701) 530-2420
　　　　　　　　　　　　　　　　N.D. Bar Board ID No. 04913
　　　　　　　　　　　　　　　　Attorney for United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ASHLY JUNE WHITE,<br><br>  Defendant. | Case No. 4:13-cr-066-11<br><br>CERTIFICATE OF SERVICE |

I hereby certify that on September 29, 2014, the following document(s):

MOTION TO DISMISS INDICTMENT

CERTIFICATE OF SERVICE

were filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Damian Huettl:   dhuettl@bismarcklaw.com

I further certify that a copy of the foregoing documents will be mailed by first class mail, postage paid, to the following non-ECF participant(s):

Dated: September 29, 2014.

                                        */s/ Rick L. Volk*
                                        Rick L. Volk
                                        Office of the United States Attorney